**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CEDRIC O. HOWARD, | No. 08-16863 |
| Plaintiff - Appellant, | D.C. No. 2:08-cv-00786-RLH-RJJ |
| v. | |
| DORIA SELLING, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Nevada
Roger L. Hunt, Chief Judge, Presiding

Submitted September 13, 2010[**]

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Cedric O. Howard, a Nevada state prisoner, appeals pro se from the district

court's judgment dismissing his 42 U.S.C. § 1983 action alleging that the Nevada

Parole Board denied him institutional parole. We have jurisdiction under 28

U.S.C. § 1291. We review de novo a district court's dismissal under 28 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 1915(e)(2), *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order), and 28 U.S.C. § 1915A, *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000).  We affirm.

The district court properly dismissed the action because Howard's claim that he was denied institutional parole is *Heck*-barred.  *See Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994); *Butterfield v. Bail*, 120 F.3d 1023, 1024-25 (9th Cir. 1997) ("Few things implicate the validity of continued confinement more directly than the allegedly improper denial of parole.").

**AFFIRMED.**

08-16863